IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02112-RPM

RICHARD (Chance) LEOFF,

        Plaintiff,

v.

S AND J LAND COMPANY, a Colorado Limited Liability Company, and
ALPINE BANK, a Colorado Banking Corporation.

        Defendants.

_____

ORDER DENYING MOTIONS TO DISMISS
_____

Upon consideration of the plaintiff's memorandum brief in opposition to defendants' motions to dismiss and the plaintiff's declaration, filed November 10, 2008, and upon the finding and conclusion that the plaintiff has shown that he is now domiciled in Massachusetts and that there is therefore complete diversity of citizenship supporting jurisdiction under 28 U.S.C. § 1332, it is

ORDERED that the defendants' motions to dismiss are denied.

DATED: November 14th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge