**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 08-CV-02112-RPM**

**RICHARD (CHANCE) LEOFF,**

**Plaintiff,**

vs.

**S AND J LAND COMPANY,**
**a Colorado Limited Liability Company and**
**ALPINE BANK, a Colorado Banking Corporation,**

**Defendants.**

---

**ORDER RE: PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER TO
EXTEND DEADLINE FOR JOINDER OF ADDITIONAL PARTIES
AND AMENDMENT OF PLEADINGS [DOC. NO. 20]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Plaintiff's Motion to Amend Scheduling Order to Extend Deadline for Joinder of Additional Parties and Amendment of Pleadings was referred to the Magistrate Judge by Judge Richard P. Matsch on March 3, 2009. After review of the Plaintiff's motion and the response by the Defendants;

**IT IS HEREBY ORDERED** that Plaintiff's Motion [Doc. No. 20] is **GRANTED** and the Scheduling Order is amended to extend the deadline for joinder of additional parties and amendment of pleadings to April 3, 2009.

**DATED: March 9, 2009**

BY THE COURT:


s/David L. West
United States Magistrate Judge