**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                June 1, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-02112-RPM

RICHARD (Chance) LEOFF,                                            George M. Allen

      Plaintiff,

v.

S and L LAND COMPANY, a Colorado Limited Liability Company and     Joseph C. Coleman
ALPINE BANK, a Colorado Banking Corporation,

      Defendants.
_____

### COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**9:50 a.m.      Court in session.**

Defendant's client representative Jeffrey Lehrer (S and L Land Co.) present.

Court's preliminary remarks and its summary of the case facts and issues with respect to the pending motions.

9:55 a.m.      Argument by Mr. Coleman.
10:26 a.m.     Argument by Mr. Allen.

**ORDERED:    Motion for Partial Summary Judgment, filed February 20, 2009 [18], is granted with respect to Mechanics Lien Rights the First Claim for Relief and denied in all other respects.**

**ORDERED:    Plaintiff's Motion for Leave to File First Amended Complaint, filed April 3, 2009 [30], is granted without the Mechanics Lien Rights the First Claim for Relief.**

Court states its orders of reference to magistrate judge practice (joint motion).

11:03 a.m.     Argument by Mr. Coleman [30].

Mr. Coleman states he will suggest to defendant Alpine Bank that they have separate representation.

**ORDERED:    Defendants have 30 days (July 1, 2009) to respond to the Amended Complaint.**

**11:10 a.m.     Court in recess.**          Hearing concluded.  Total time: 1 hr. 20 min.