IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02112-RPM

RICHARD (Chance) LEOFF,

     Plaintiff,
v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company, and
ALPINE BANK, a Colorado Banking Corporation,

     Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

     Pursuant to the October 2, 2009, Calendar Call, it is

     ORDERED that a pretrial conference is scheduled for **June 4, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **May 27, 2010.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

     Dated: October 2nd, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge