IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02112-RPM

RICHARD (Chance) LEOFF,

    Plaintiff,
v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company, and
ALPINE BANK, a Colorado Banking Corporation,

    Defendants.
_____

ORDER SCHEDULING TRIAL SETTING CONFERENCE
_____

    Pursuant to this Court's order entered on June 18, 2010, it is

    ORDERED that a trial setting conference is scheduled for **July 29, 2010, at 11:00 a.m.**, in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. **Plaintiff Leoff and counsel for defendants must appear in person.** The Clerk is directed to serve this order upon plaintiff via e-mail at telluridehistory@gmail.com and at his mailing address, 18 Paul Street, Newton, MA 02459.

    Dated: July 15th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge