IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02112-RPM

RICHARD (Chance) LEOFF,

    Plaintiff,

v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company, and
ALPINE BANK, a Colorado Banking Corporation,

    Defendants.

---

ORDER GRANTING MOTION TO PRESERVE TESTIMONY

---

Upon consideration of the motion to take depositions of certain defense witnesses so as to preserve their testimony for presentation at the trial scheduled to begin on November 22, 2010, [110], filed by Defendant S and J Land Company on September 22, 1010, it is

ORDERED that the motion is granted.

Dated: September 27th, 2010

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior Judge