IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02112-RPM

RICHARD (Chance) LEOFF,

      Plaintiff,

v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company, and
ALPINE BANK, a Colorado Banking Corporation,

      Defendants.

_____

## ORDER DENYING PLAINTIFF'S MOTION TO TAKE VIDEO TAPE DEPOSITION
_____

On October 25, 2010, the plaintiff filed a motion for order for authorization to take videotape deposition of the White House and XYZ projects in Telluride, Colorado.  The defendant S and J Land Company filed its objection on October 26, 2010.  Finding the objections valid, it is

ORDERED that the plaintiff's motion is denied.

Dated: October 28th, 2010

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior Judge