IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02112-RPM

RICHARD (Chance) LEOFF,

      Plaintiff,
v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company, and
ALPINE BANK, a Colorado Banking Corporation,

      Defendants.

## ORDER REGARDING MOTION FOR PROTECTIVE ORDER

After review of the defendant S&J Land Company's Motion for Protective Order, filed November 5, 2010 [120], it is

ORDERED that the motion is granted in part.  In accordance with the Court's Order dated October 28, 2010,  the depositions of defendant S&J Land Company, LLC, XYZ Subdivision Land Company, LLC, Telluride Real Estate Corporation, and Tommy Hein & Associates Architects shall not be taken.  The motion is denied in all other respects.

DATED: November 9, 2010

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge