IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02112-RPM

RICHARD (Chance) LEOFF,

      Plaintiff,

v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company, and
ALPINE BANK, a Colorado Banking Corporation,

      Defendants.

## ORDER FOR DISMISSAL OF DEFENDANT ALPINE BANK

Upon consideration of the Stipulation of Dismissal with Prejudice [127] filed today, it is

ORDERED that Plaintiff's claims against Alpine Bank are dismissed with prejudice, each party to pay their own costs and attorney fees as between Plaintiff and Alpine Bank.

DATED: November 18th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge