# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                December 8, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Bernique Abiakam
_____

Civil Action No. 08-cv-02112-RPM

RICHARD (Chance) LEOFF,                                          Jay S. Horowitz

      Plaintiff,

v.

S and J LAND COMPANY, a Colorado Limited Liability Company,      Joseph C. Coleman

      Defendant.
_____

## COURTROOM MINUTES
_____

**Oral Arguments**

**9:59 a.m.**       **Court in session.**

Plaintiff and Steven Finger are present.

Court statements regarding its review of recent pleadings filed.

Mr. Coleman states defendant opposes adding Mr. Finger as a defendant re: [137].
Mr. Coleman answers questions asked by the Court regarding related litigation issues concerning with the potential sale of the property.

Argument by Mr. Coleman.

Court's findings as stated on record.

**ORDERED:**   **Plaintiff Richard "Chance" Leoff's Opposed Motion for Leave to File His Second Amended Complaint to add Steven Finger as a defendant, filed December 6, 2010 [137], is denied.  The motion is granted as to the Seventh Claim for Relief as to defendant S&J Land Company to conform to the evidence at trial.**

10:21 a.m.    Plaintiff's closing argument by Mr. Horowitz.
10:56 a.m.    Argument by Mr. Coleman.

Discussion regarding proposed order and sale of property.

**ORDERED:**   **Property to be sold.  Counsel shall confer and submit a proposed order as directed on record by December 17, 2010.**

**11:51 a.m.**   **Court in recess.**       Hearing concluded.  Total time: 1 hr. 52 min.