IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02112-RPM

RICHARD (Chance) LEOFF,

      Plaintiff,

v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company,

      Defendant.

___

ORDER DENYING PLAINTIFF'S MOTION REQUESTING MODIFICATION OF COURT ORDER

___

On January 4, 2011, the plaintiff filed a pleading designated Motion Requesting a Modification of Terms of the Order Directing the Sale of the White House Property.  The defendant S and J Land Company filed its response in opposition on January 24, 2011.  Upon review of these pleadings, it is

ORDERED that the plaintiff's motion requesting modification of court order is denied.

DATED:   January 26th, 2011

                                                       BY THE COURT:

                                                       s/Richard P. Matsch
                                                       _____
                                                       Richard P. Matsch, Senior District Judge