IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02112-RPM

RICHARD (Chance) LEOFF,

      Plaintiff,
v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company,

      Defendant.
_____

ORDER FOR HEARING ON ISSUES REMAINING AFTER WITHDRAWAL OF JAY HOROWITZ, ESQ. AS COUNSEL FOR PLAINTIFF
_____

      On August 13, 2013, this Court entered an Order for Hearing of Remand Issues [199]. One of the issues identified in that Order was the motion to withdraw by Mr. Horowitz.  That motion has now been granted.  What remains is a hearing on the issues identified as numbers 1, 3, and 4 in that previous Order.  It is now

      ORDERED that a hearing will be scheduled to determine those issues at a time to be scheduled after consultation with counsel.

      DATED:   October 21st , 2013

      BY THE COURT:

      s/Richard P. Matsch
      _____
      Richard P. Matsch, Senior District Judge