IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02112-RPM

RICHARD (Chance) LEOFF,

    Plaintiff,

v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company,

    Defendant.

_____

ORDER SETTING HEARING ON REMAINING REMAND ISSUES
_____

After verifying with counsel by telephone regarding available dates for a hearing, it is

ORDERED that a **hearing**, on the issues identified as numbers 1, 3, and 4 in this Court's Order dated August 13, 2013, is **scheduled for November 26, 2013, at 2:00 p.m. in Courtroom A**, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   October 22nd , 2013

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge