IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02112-RPM

RICHARD (Chance) LEOFF,

    Plaintiff,

v.

S AND J LAND COMPANY, a Colorado Limited Liability Company,

    Defendant.

---

ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO C.R.S § 38-22-128

---

    Pursuant to the Findings, Conclusions and Order, entered on March 21, 2014, the defendant filed a request for determination of attorney fees on April 15, 2014 [216]. The plaintiff did not file a response. As ordered, counsel for defendant separated the request for fees by identifying the charges for services from the filing of the complaint to the date of the order granting partial summary judgment removing the mechanic's lien, June 1, 2009, [48]. The amount requested is $24,247.00 for fees and $541.65 for costs for a total of $24,788.65. These are reasonable amounts and are recoverable under applicable state statute, C.R.S. § 38-22-128.

    The defendant also seeks fees for defending the issue of a partnership on appeal and for winding up the partnership. Those requests are denied.

    It is ORDERED, that S&J Land Company, LLC is awarded attorney's fees of $24,247.00 and costs of $541.65 for a total of $24,788.65 to be paid by the plaintiff Richard (Chance) Leoff.

    DATED: May 30th , 2014

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior District Judge