IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02112-RPM

RICHARD (Chance) LEOFF,

    Plaintiff,

v.

S AND J LAND COMPANY, a Colorado Limited Liability Company,

    Defendant.

_____

ORDER FOR ENTRY OF FINAL JUDGMENT
_____

    Pursuant to the Findings, Conclusions and Order, entered March 21, 2014 and the Order Awarding Attorney Fees and Costs Pursuant to C.R.S. § 38-22-128, entered on May 30th, 2014, this matter is now ready for the entry of a final judgment. The parties have filed an appeal and cross appeal. The Tenth Circuit Court of Appeals entered an Order tolling the appeals because the motion for attorney fees was still pending. This Court determined that defendant S&J Land Company is entitled to recovery of $50,000 plus interest. The computation of the amount of interest may be disputed. Because that is a minor issue, the entry of final judgment should not be delayed and pursuant to Fed.R.Civ.P. 54(b) this Court expressly determines there is no just reason for delay. It is therefore

    ORDERED, that a Final Judgment will be entered for the defendant S&J Land Company and against the plaintiff Richard (Chance) Leoff in the amount of $50,000.00 plus interest and for attorney's fees and costs in the amount of $24,788.65.

    DATED: May 30th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge