IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02112-RPM

RICHARD (Chance) LEOFF,

      Plaintiff,

v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company,

      Defendant.

_____

## FINAL JUDGMENT
_____

Pursuant to the Order for Entry of Final Judgment, entered May 30th, 2014 by Senior District Judge Richard P. Matsch, it is

ORDERED that Judgment is entered for the defendant S&J Land Company and against the plaintiff Richard (Chance) Leoff in the amount of $50,000.00 plus interest and for attorney's fees and costs in the amount of $24,788.65, for a total amount of $74,788.65.

DATED: May 30th, 2014

                                                   FOR THE COURT:
                                                   Jeffrey P. Colwell, Clerk

                                                              s/J. Chris Smith
                                                 By _____
                                                             Deputy Clerk