IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02112-RPM

RICHARD (Chance) LEOFF,

    Plaintiff,

v.

S AND J LAND COMPANY, a Colorado Limited Liability Company,

    Defendant.
_____

ORDER DIRECTING RESPONSE
_____

    The Tenth Circuit Court of Appeals having rejected this Court's efforts to issue a final judgment pursuant to Fed. R. Civ. P. 54(b) by its Order of June 2, 2014, finding that the issue of pre-judgment interest is an integral part of the award of damages, it is now

    ORDERED that the defendant S & J Land Company shall on or before June 23, 2014, submit proposed findings as to the calculation of pre-judgment interest and the plaintiff shall have to and including July 7, 2014, within which to file his response if the parties are unable to agree on the calculation.

    DATED:   June 10th , 2014

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge