IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02112-RPM

RICHARD (Chance) LEOFF,

      Plaintiff,

v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company,

      Defendant.
_____

## ORDER FOR ENTRY OF FINAL JUDGMENT
_____

      Pursuant to the order of the Tenth Circuit Court of Appeals that the judgment entered in this case on May 30, 2014, is not a final judgment because the Court did not determine the amount of interest to be included in damages and upon the finding that plaintiff Richard (Chance) Leoff was legally obligated to repay to S & J Land Company the $50,000 advance as of March 15, 2007, and upon the further finding and conclusion that the rate of pre-judgment interest is 4% based on the submission of S & J Land Company filed on June 23, 2014, and upon the further finding and conclusion that the award of attorney's fees made by this Court's order of May 30, 2014, is also subject to pre-judgment interest at the 4% rate from June 1, 2009, it is now

      ORDERED that final judgment shall enter in favor of the defendant S & J Land Company and against the plaintiff Richard (Chance) Leoff for recovery of $96,973.68, which amount shall bear interest at the statutory rate of 0.11 per annum.

DATED:    July 16th, 2014

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge