IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02112-RPM

RICHARD (Chance) LEOFF,

     Plaintiff,

v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company,

     Defendant.
_____

## FINAL JUDGMENT
_____

     Pursuant to the Order for Entry of Final Judgment, entered July 16th, 2014, by Senior District Judge Richard P. Matsch, it is

     ORDERED AND ADJUDGED that Judgment is entered for the defendant S&J Land Company and against the plaintiff Richard (Chance) Leoff in the amount of $96,973.68, together with interest at the statutory rate of 0.11 per cent per annum.

     DATED:   July 16th, 2014

                          FOR THE COURT:

                          JEFFREY P. COLWELL Clerk

                          s/M.V.Wentz

                    By _____
                        Deputy Clerk