IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02112-RPM

RICHARD (Chance) LEOFF,

    Plaintiff,
v.

S AND J LAND COMPANY,
a Colorado Limited Liability Company,

    Defendant.
_____

ORDER DENYING PLAINTIFFS' MOTIONS FOR LACK OF JURISDICTION
_____

    A Final Judgment entered by this court on May 30, 2014, is on appeal to the Tenth Circuit Court of Appeals. On February 9, 2015, the plaintiff filed a Motion for Leave to Join the District Court of San Miguel County, Colorado (Hon. Mary E. Deganhart, District Judge) as a Party for the Purposes of Enforcement of an Order to Enjoin and/or Stay State Court Proceedings [Doc. 246] and a Motion to Enjoin and/or Stay State Action for Partnership Winding Up [Doc. 247]. Because of a pending appeal, this court has no jurisdiction to act in this matter. Accordingly, it is

    ORDERED that the motions are denied and the motion to expedite determination of the motions [Doc. 248] is moot.

    DATED:  February 10th, 2015

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge